

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

DENISE GASTON.,

      Plaintiffs,

-against-

QUEENS PUBLIC LIBRARY,

      Defendants.
------------------------------------------------------------------ X

11-CV-1095(ARR)(VVP)

NOT FOR PRINT OR
ELECTRONIC
PUBLICATION

OPINION & ORDER

ROSS, United States District Judge:

The court has received plaintiff's application for in forma pauperis status for the purposes of appealing this court's order dated May 2, 2012. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore in forma pauperis status is denied for purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

    SO ORDERED.

                /S/
                Allyne R. Ross
                United States District Judge

Dated:  May 31, 2011
      Brooklyn, New York

SERVICE LIST:

**Plaintiff:**

Denise Gaston
1469 E. 92nd Street
Brooklyn, NY 11236